# United States District Court
# For The Western District of North Carolina
# Asheville Division

Ismael Aldana,

    Petitioner,    CLERK'S JUDGMENT

vs.    1:09cv461
       1:06cr167

United States of America,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/16/2010 Order.

Signed: July 19, 2010

Frank G. Johns, Clerk
United States District Court